IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00779-PSF-BNB

BRITISH AIRWAYS PLC, a foreign corporation,

Plaintiff,

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a foreign corporation,
AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., and
ASIG HOLDING CORP.,

Defendants, and

AIRCRAFT SERVICE INTERNATIONAL, INC., a foreign corporation,

Third Party Plaintiff,

v.

THE BOEING COMPANY, a foreign corporation,
WHITTAKER CONTROLS, INC., a foreign corporation, and
SWEENEY ENGINEERING CORP., a foreign corporation,

Third Party Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion for Leave to File Designation of Non-Party** (the "Motion"), filed by third-party defendant Sweeney Engineering Corp. on June 15, 2005.  The Motion indicates that certain parties "took no position or had no authority to take a position on this motion in advance of filing."  Consequently, I ordered that any response to the Motion be filed on or before July 8, 2005.  No response has been received.

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing Sweeney Engineering's Designation of Non-Parties.

DATED July 18, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge