IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00779-PSF-BNB

BRITISH AIRWAYS PLC, a foreign corporation,

   Plaintiff,

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a foreign corporation,
AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., a foreign corporation; and
ASIG HOLDING CORP., a foreign corporation,

   Defendants; and

AIRCRAFT SERVICE INTERNATIONAL, INC., a foreign corporation,

   Third-Party Plaintiff,

v.

THE BOEING COMPANY, a foreign corporation;
WHITTAKER CONTROLS, INC., a foreign corporation; and
SWEENEY ENGINEERING CORP., a foreign corporation,

   Third-Party Defendants.

---

## ORDER GRANTING DISMISSAL OF PARTY

---

THIS MATTER is before the Court on the third-party plaintiff's unopposed motion to voluntarily dismiss Whittaker Controls, Inc. (Dkt. # 77).  The Court, being fully advised in the premises, and finding good cause for the request made therein,

HEREBY ORDERS that the claims raised in the third-party complaint, solely as against Whittaker Controls, Inc., are DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and fees.

DATED: September 9, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge