IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00779-PSF-BNB

BRITISH AIRWAYS PLC, a foreign corporation,

    Plaintiff,

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a foreign corporation,
AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., a foreign corporation; and
ASIG HOLDING CORP., a foreign corporation,

    Defendants.

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Defendants' Motion for Withdrawal of Counsel (Dkt. # 89) is GRANTED. Greg W. LePage and Timothy R. Pitner are hereby permitted to withdraw as counsel for defendants.

DATED: December 15, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge