IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00779-PSF-BNB

BRITISH AIRWAYS PLC, a foreign corporation,

Plaintiff,

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a foreign corporation,
AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., and
ASIG HOLDING CORP.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to a letter received from the plaintiff's counsel,

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **February 17, 2006.**

IT IS FURTHER ORDERED that if a Stipulation for Dismissal has not been filed by February 17, 2006, a Status Conference is set for **February 28, 2006, at 3:30 p.m.**, in which all attorneys and all clients MUST ATTEND IN PERSON.

DATED: January 27, 2006