IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00779-PSF-BNB

BRITISH AIRWAYS PLC, a foreign corporation,

Plaintiff,

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a foreign corporation,
AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., and
ASIG HOLDING CORP.,

Defendants.
_____

**ORDER**
_____

At the request of the parties and on the assurance that the settlement agreement is being signed and settlement funds are being transferred today:

IT IS ORDERED that the status conference set for February 28, 2006, at 3:30 p.m., is VACATED and RESET to **March 7, 2006, at 4:00 p.m.**

IT IS FURTHER ORDERED that **all attorneys** and **all parties** must attend the March 7 status conference **in person**.

Dated February 27, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge