IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00779-PSF-BNB

BRITISH AIRWAYS PLC, a foreign corporation,

   Plaintiff,

v.

AIRCRAFT SERVICE INTERNATIONAL, INC., a foreign corporation;
AIRCRAFT SERVICE INTERNATIONAL GROUP, INC.; and
ASIG HOLDING CORP.,

   Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 104).  The Court having fully considered the same, hereby ORDERS that this action is hereby DISMISSED with prejudice, each party to pay its own costs and attorneys fees.

   DATED: March 6, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District Judge